■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BROWN, Appellant. [614 NYS2d 246] —Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered October 20, 1992, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court's compromise *Sandoval* ruling did not constitute an improvident exercise of discretion *(see, e.g., People v Winters,* 194 AD2d 703; *People v Cruz,* 176 AD2d 751).

The defendant's challenge to the trial court's instructions regarding proof beyond a reasonable doubt has not been preserved for appellate review *(see,* CPL 470.05 [2]; *People v Burney,* 192 AD2d 543; *People v Alexander,* 190 AD2d 1052). In any event, the contention is without merit *(see, People v Malloy,* 55 NY2d 296, *cert denied* 459 US 847; *People v Rowe,* 172 AD2d 701; *People v Baucom,* 154 AD2d 688), and the charge as a whole conveyed the proper standard to the jury *(see, People v Canty,* 60 NY2d 830). Bracken, J. P., Sullivan, Miller and Hart, JJ., concur.